# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 20-7940 MRW | Date | October 27, 2020 |
| Title | Orlando Garcia v. Serrano Marketplace, LLC et al | | |

Present: The Honorable  Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings:**     **(IN CHAMBERS) ORDER RE: DISMISSAL**

Plaintiff filed a notice voluntarily dismissing this case with prejudice. (Docket # 12.) This action is dismissed with prejudice.